■ The People of the State of New York, Respondent, v George Bell, Appellant. (Appeal No. 1.) [855 NYS2d 409]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 15, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.